UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROMIK AMIRIAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LOUIS DEJOY, POSTMASTER GENERAL, U.S. POSTAL SERVICE, UNITED STATES POSTAL SERVICE, SEBASTIAN REYES, AND DOES 1 THROUGH 100 INCLUSIVE,<br><br>　　　　Defendants. | No. 2:20-cv-00811 CBM (GJSx)<br><br>**ORDER ACCEPTING STIPULATION FOR DISMISSAL AND DISMISSING THE CASE WITH PREJUDICE [JS-6]**<br><br>Honorable Consuelo B. Marshall |

Upon consideration of the Joint Stipulation for Dismissal With Prejudice Pursuant to Settlement Agreement filed by plaintiff Romik Amirian and defendant Louis DeJoy, Postmaster General, and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Stipulation is approved;
2. Each party shall bear its own fees, costs, and expenses; and
3. The above-captioned action is dismissed with prejudice.

Dated: APRIL 26, 2021

_____
CONSUELO B. MARSHALL
United States District Judge

Presented by:

TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

　/s/  Daniel A. Beck
_____
DANIEL A. BECK
Assistant United States Attorney

Attorneys for Federal Defendants

1